IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A/S TRUMF BUNKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-2346 |
| § | |
| YARDIMCI SHIPPING GROUP and § | |
| YARDIMCI GEMI INSA A.S. *personam*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 6), this action is dismissed without prejudice.

SIGNED on September 6, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge